IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL NO. 1:15CV168

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **ENTRY** |
| **34 Stardust Lane, Hendersonville, Henderson** ) | |
| **County, North Carolina, as described in a** ) | **OF DEFAULT** |
| **Deed at Book 1454, Page 6 in the Henderson** ) | |
| **County Registry, being real property,** ) | |
| **together with the residence, and all** ) | |
| **appurtenances, improvements, and** ) | |
| **attachments thereon,** ) | |
| Defendant. ) | |

UPON MOTION and showing by the United States that it has published notice of this action as required by law and that personal notice has either been accomplished or attempted as evidence by the underlying Motion and the record, including the Court's file, and that

**ALL PERSONS AND ENTITIES**

have not filed any response, claim, or other pleading in this matter, or such pleading has been dismissed, it appears that there has been failure to plead or otherwise defend as required applicable rules and statutes, and, therefore, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk hereby enters default against such potential claimants.

Signed: October 28, 2015

_____
Frank G. Johns, Clerk
United States District Court