UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00168-MOC-DLH

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| ) | |
| Vs. ) | FINAL JUDGMENT |
| ) | |
| **34 STARDUST LANE,** ) | |
| **HENDERSONVILLE, HENDERSON** ) | |
| **COUNTY, NORTH CAROLINA,** ) | |
| ) | |
| Defendant(s). ) | |

**THIS MATTER** is before the court on the government's Motion for Default Judgment, Entry of Judgment, and Final Order of Forfeiture, all in accordance with Rule 58(a), Federal Rules of Civil Procedure and 18 U.S.C. § 981, 18 U.S.C. § 983 and 21 U.S.C. § 881. For the reasons stated in the government's motion,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT**:

1. The government's Motion for Default Judgment, Entry of Judgment, and Final Order of Forfeiture against the DEFENDANT PROPERTY:

> **34 Stardust Lane, Hendersonville, Henderson County, North Carolina, as described in a Deed at Book 1454, Page 6 in the Henderson County Registry, being real property, together with the residence, and all appurtenances, improvements, and attachments thereon,**

is hereby GRANTED and Judgment of Forfeiture is ENTERED in favor of the United States against all persons and entities in the world;

2. Any right, title and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein; and

3. The Unites States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

Signed: December 17, 2015

Max O. Cogburn Jr
United States District Judge